IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MYRTHA CYNTHIA MCQUATTERS,** | § § § | |
| Plaintiff, | § § | **CIVIL ACTION NO.** |
| v. | § § | **SA-10-CA-0967-XR** |
| **AARON'S, INC.,** | § § § | |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff Cynthia McQuatters and Defendant AARON'S, INC., and stipulate that the above-styled action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). All parties shall bear her/its own costs and expenses of litigation with respect to this action.

Respectfully submitted this 16th day of February, 2012.

| | |
|---|---|
| s/ Glenn D. Levy | s/ M. Travis Foust |
| 906 Basse, Suite 100 | ALLYN E. JAQUA |
| San Antonio, TX  78212 | Texas Bar No. 24064143 |
| Attorney for Plaintiff | ajaqua@fordharrison.com |
| | FORD & HARRISON LLP |
| | 1601 Elm Street, Suite 4350 |
| | Dallas, Texas  75201 |
| | Telephone:  (214) 256-4700 |
| | Facsimile:  (214) 256-4701 |

1

JEFFREY D. MOKOTOFF
Georgia Bar No. 515472
Admitted *Pro Hac Vice*
jmokotoff@fordharrison.com
M. TRAVIS FOUST
Georgia Bar No. 104996
Admitted *Pro Hac Vice*
tfoust@fordharrison.com

FORD & HARRISON LLP
271 17th Street, NW, Suite 1900
Atlanta, GA  30309

ATTORNEYS FOR DEFENDANT
Aaron's, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2012, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notice to the following:

> Glenn D. Levy, Esquire
> 906 West Basse Road, Suite 100
> San Antonio, TX  78212

> s/M. Travis Foust
> Georgia Bar No. 104996
> Ford & Harrison LLP
> 271 17th Street, NW, Suite 1900
> Atlanta, GA  30363

Atlanta:553897.1